FILED
2015 Jun-25 AM 09:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B



-------*Original Message*-------

***From:*** notice@amazon.com
***Date:*** 3/7/2013 7:59:05 PM
***To:*** blazeranimals@earthlink.net
***Subject:*** Your Amazon inquiry

Hello from Amazon.

We respect the intellectual property of others and require that sellers posting on our site do the same. If you believe property rights, please submit your complaint using our online form (https://www.amazon.com/gp/help/reports/infr

Thank you for your interest in Amazon.com.

---

From: blazeranimals@earthlink.net
Sent: Mar 6, 2013 8:10 AM (PST)
Subject: Report a violation of our rules.

Seller Nickname: all carpenter bee traps

Order ID:

Listing ID:

Comments:

The bee traps being sold here on amazon are covered by my patent and we need to remove all saled of bootleg prod Parser?Sect1=PTO1&Sect2=HITOFF&d=PALL&p=1&u=%2Fnetahtml%2FPTO%2Fsrchnum.htm&r=1&f=G&l= You may view my patent there. Please let me know what is being done about this issue. Thanks so much Brian.

Mail sent from reports contact us form - http://www.amazon.com/gp/help/reports/contact-us/.



FREE Animations for your email Click Here!



-------*Original Message*-------

***From:*** Amazon.com Copyright Agent
***Date:*** 3/7/2013 4:52:39 PM
***To:*** blazeranimals@earthlink.net
***Subject:*** Your Amazon.com Inquiry

Dear Brian,

Thank you for your message. If you have issues related to patent or design rights, we would ask that you submit a notice of patent infringement using the contact information below. In your notice, please be sure to include the relevant patent numbers, your contact information and the ASIN(s) of the item(s) in question. You can find a product's ASIN on its detail page under the heading, "Product Details." Here is the contact information for submitting your notice:

Amazon.com Legal Department
ATTN: Patents Team
P.O. Box 81226
Seattle, WA 98108
E-mail: patents@amazon.com
Fax: (206) 266-7010

Courier address:
Amazon.com Legal Department
ATTN: Patents Team
410 Terry Avenue North
Seattle, WA 98109-5210

I hope this information is helpful to you.

Best Regards,

Anne Tarpey

Copyright/Trademark Agent
Amazon.com



FREE Animations for your email Click Here!



-------*Original Message*-------

***From:*** notice@amazon.com
***Date:*** 3/8/2013 11:17:41 AM
***To:*** blazeranimals@earthlink.net
***Subject:*** Your Report of Rights Infringement on Amazon.com

Hello from Amazon.

We respect the intellectual property of others and require that sellers posting on our site do the same. If you believe property rights, please submit your complaint using our online form (https://www.amazon.com/gp/help/reports/infr

Thank you for your interest in Amazon.com.

-------------------------------------
From: blazeranimals@earthlink.net
Sent: Mar 6, 2013 8:10 AM (PST)
Subject: Report a violation of our rules.

Seller Nickname: all carpenter bee traps

Order ID:

Listing ID:

Comments:

The bee traps being sold here on amazon are covered by my patent and we need to remove all saled of bootleg prod Parser?Sect1=PTO1&Sect2=HITOFF&d=PALL&p=1&u=%2Fnetahtml%2FPTO%2Fsrchnum.htm&r=1&f=G&l= You may view my patent there. Please let me know what is being done about this issue. Thanks so much Brian.

Mail sent from reports contact us form - http://www.amazon.com/gp/help/reports/contact-us/.

FREE Animations for Your Email!
Click Here!

-------*Original Message*-------

***From:*** notice@amazon.com
***Date:*** 3/13/2013 12:04:55 AM
***To:*** blazeranimals@earthlink.net
***Subject:*** We Have Received Your Infringement Complaint about B0057XFIS4 Bees N Things Carpenter Bee Trap

Hello from Amazon.

Thank you for your report. Amazon respects the intellectual property of others and requires sellers posting information on our site do the same.

Our investigations team reviews all reports; we will notify you by email when we have completed our review.

Best regards,
Seller Performance
Amazon.com
http://www.amazon.com

FREE Animations for your email by IncrediMail Click Here!

-------*Original Message*-------

***From:*** notice@amazon.com
***Date:*** 4/7/2013 3:09:31 PM
***To:*** blazeranimals@earthlink.net
***Subject:*** Re: Re: Your Report of Rights Infringement on Amazon.com

Hello from Amazon.

We respect the intellectual property of others and require that sellers posting on our site do the same. If you believe that an item offered on our site violates your intellectual property rights, please submit your complaint using our online form (https://www.amazon.com/gp/help/reports/infringement).

- Are you the manufacturer?
  - Do you believe the offers in your complaint do not match the product detail pages?
  - Do you believe that your trademark appears on products that you do not manufacturer?
  - Do you believe that your trademark is used inappropriately on the product detail pages?
  - Have you placed test orders? If yes, be sure to provide the Amazon order numbers.

Thank you for your interest in Amazon.com.

-------------------------------------

From: blazeranimals@earthlink.net
Sent: Apr 4, 2013 2:25 AM (PDT)
Subject: Re: Re: Your Report of Rights Infringement on Amazon.com

I have faxed you . I have filled out your forms . Your top seller bees & things is in direct violation of my patent . 8375624 .
Furthermore they are advertising patented & proven on your site using made up false patent no,s . This is 100 % illegal !!!!!!!!!!!!!!!!!!!!!!!!!
We are seeking a attorney on U TUBE . We want someone to help us enforce our patent rights and retrieve the 500.00 fine for each item sold on YOUR

SITE WITH THESE FALSE PATENT MARKS !!!!!!
We hold the patent & you repeatedly deny our requests . YOU ARE ADVERTIZING ILLEGALLY ! You are selling imitations of our product with FALSE PATENT MARKS !!

We intend on persecuting you to the full extent of the law .

Brian Blazer inventor of your TOP SELLING ILLEGAL PRODUCT

-------Original Message-------

From: notice@amazon.com
Date: 3/14/2013 5:51:18 AM
To: blazeranimals@earthlink.net
Subject: Re: Re: Your Report of Rights Infringement on Amazon.com

Hello from Amazon.

We respect the intellectual property of others and require that sellers posting on our site do the same. If you believe that an item offered on our site violates your intellectual property rights, please submit your complaint using our online form (https://www.amazon com/gp/help/reports/infringement).

Thank you for your interest in Amazon.com.

---------------------------------------

From: blazeranimals@earthlink.net
Sent: Mar 13, 2013 3:39 AM (PDT)
Subject: Re: Your Report of Rights Infringement on Amazon.com

This is Brian blazer of carpenterbeesolutions .

In regards to
Bees & things who is selling carpenter bee traps on your site .
I hold all patent rights to these style bee traps .

US patent no 8375624 simply read claim one on my enforceable US patent .

Brian blazer

-------Original Message-------

From: notice@amazon.com
Date: 3/13/2013 3:02:39 AM

To: blazeranimals@earthlink.net
Subject: Your Report of Rights Infringement on Amazon.com

Hello from Amazon.

We are writing to request additional information in regards to your infringement complaint for the items listed at the end of this message.

Before we can take action on your complaint, we ask that you clarify how these items infringe your rights by re-submitting your complaint with your answers to these questions:

- Are you the manufacturer?
- Do you believe the offers in your complaint do not match the product detail pages?
- Do you believe that your trademark appears on products that you do not manufacturer?
- Do you believe that your trademark is used inappropriately on the product detail pages?
- Have you placed test orders? If yes, be sure to provide the Amazon order numbers.

Please re-submit your complaint using our online form located in the ?Notice and Procedure for Making Claims of Infringement? section of our ?Conditions of Use and Sale? page (http://www.amazon.com/gp/help/reports/infringement). You may use the Additional Comments field to provide your answers to the questions.

We look forward to hearing from you.

Regards,

Seller Performance Team
Amazon.com
www.amazon.com

Items in Complaint
==========================================
Rolling T Stores, Cedar Crate Market, Homescore, LLC, 7GIFTS, stores123, Christine Cobb Marketing, Intrepid Business Solutions, WONDERFULBUY
ASIN: B0057XFIS4, Bees N Things Carpenter Bee Trap




**FREE Animations** for your email - by IncrediMail

Click
Here!



-------*Original Message*-------

***From:*** notice@amazon.com
***Date:*** 4/8/2013 6:54:32 PM
***To:*** blazeranimals@earthlink.net
***Subject:*** RE: Re: Re: Your Report of Rights Infringement on Amazon.com

Hello from Amazon.

We respect the intellectual property of others and require that sellers posting on our site do the same. If you believe that an item offered on our site violates your intellectual property rights, please submit your complaint using our online form (https://www.amazon.com/gp/help/reports/infringement).

Include the additional information we requested in the comments section of the online form for best service.

Thank you for your interest in Amazon.com.

---------------------------------------

From: blazeranimals@earthlink.net
Sent: Apr 7, 2013 2:14 PM (PDT)
Subject: Re: Re: Your Report of Rights Infringement on Amazon.com

I have filled out your forms . Sent them by fax & email .

We are the manufacturer . But the products we are talking about are not made by us & carry false patent marks .

We hold the patent 8375624 .

The fine for selling with illegal patent marks is 500.00 per item sold .

We will have to get an attorney to sue you for these damages . As you continually sell these illegal products .

What is the address you wish to receive legal service ? Who is responsible for you continuing to sell illegal bootleg products with false patent claims

& numbers ?

You have been fully aware of this .

Sincerely Brian Blazer the inventor of the illegal products you sell

-------Original Message-------

From: notice@amazon.com
Date: 4/7/2013 3:09:23 PM
To: blazeranimals@earthlink.net
Subject: Re: Re: Your Report of Rights Infringement on Amazon.com

Hello from Amazon.

We respect the intellectual property of others and require that sellers posting on our site do the same. If you believe that an item offered on our site violates your intellectual property rights, please submit your complaint using our online form (https://www.amazon com/gp/help/reports/infringement).

- Are you the manufacturer?
  - Do you believe the offers in your complaint do not match the product detail pages?
  - Do you believe that your trademark appears on products that you do not manufacturer?
  - Do you believe that your trademark is used inappropriately on the product detail pages?
  - Have you placed test orders? If yes, be sure to provide the Amazon order numbers.

Thank you for your interest in Amazon.com.

---------------------------------------
From: blazeranimals@earthlink.net
Sent: Apr 4, 2013 2:25 AM (PDT)
Subject: Re: Re: Your Report of Rights Infringement on Amazon.com

I have faxed you . I have filled out your forms . Your top seller bees & things is in direct violation of my patent . 8375624 .
Furthermore they are advertising patented & proven on your site using made up false patent no,s . This is 100 % illegal !!!!!!!!!!!!!!!!!!!!!!!!
We are seeking a attorney on U TUBE . We want someone to help us enforce our patent rights and retrieve the 500.00 fine for each item sold on YOUR SITE WITH THESE FALSE PATENT MARKS !!!!!!
We hold the patent & you repeatedly deny our requests . YOU ARE ADVERTIZING

ILLEGALLY ! You are selling imitations of our product with FALSE PATENT MARKS !!

We intend on persecuting you to the full extent of the law .

Brian Blazer inventor of your TOP SELLING ILLEGAL PRODUCT

-------Original Message-------

From: notice@amazon.com
Date: 3/14/2013 5:51:18 AM
To: blazeranimals@earthlink.net
Subject: Re: Re: Your Report of Rights Infringement on Amazon.com

Hello from Amazon.

We respect the intellectual property of others and require that sellers posting on our site do the same. If you believe that an item offered on our site violates your intellectual property rights, please submit your complaint using our online form (https://www.amazon com/gp/help/reports/infringement).

Thank you for your interest in Amazon.com.

---------------------------------------

From: blazeranimals@earthlink.net
Sent: Mar 13, 2013 3:39 AM (PDT)
Subject: Re: Your Report of Rights Infringement on Amazon.com

This is Brian blazer of carpenterbeesolutions .

In regards to
Bees & things who is selling carpenter bee traps on your site .
I hold all patent rights to these style bee traps .

US patent no 8375624 simply read claim one on my enforceable US patent .

Brian blazer

-------Original Message-------

From: notice@amazon.com
Date: 3/13/2013 3:02:39 AM
To: blazeranimals@earthlink.net
Subject: Your Report of Rights Infringement on Amazon.com

Hello from Amazon.

We are writing to request additional information in regards to your infringement complaint for the items listed at the end of this message.

Before we can take action on your complaint, we ask that you clarify how these items infringe your rights by re-submitting your complaint with your answers to these questions:

- Are you the manufacturer?
- Do you believe the offers in your complaint do not match the product detail pages?
- Do you believe that your trademark appears on products that you do not manufacturer?
- Do you believe that your trademark is used inappropriately on the product detail pages?
- Have you placed test orders? If yes, be sure to provide the Amazon order numbers.

Please re-submit your complaint using our online form located in the ?Notice and Procedure for Making Claims of Infringement? section of our ?Conditions of Use and Sale? page (http://www.amazon.com/gp/help/reports/infringement). You may use the Additional Comments field to provide your answers to the questions.

We look forward to hearing from you.

Regards,

Seller Performance Team
Amazon.com
www.amazon.com

Items in Complaint
==============================================

Rolling T Stores, Cedar Crate Market, Homescore, LLC, 7GIFTS, stores123, Christine Cobb Marketing, Intrepid Business Solutions, WONDERFULBUY
ASIN: B0057XFIS4, Bees N Things Carpenter Bee Trap

**FREE Animations** for your email - by IncrediMail


