FILED
2015 Jun-25 AM 09:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C

Brian Blazer

Carpenter Bee Solutions

230 co rd 880

Heflin AL 36264

RE : Patent Infringement

Carpenter Bee Trap

Carpenter Bee Solutions is the patent holder of patent 8375624 B2 carpenter bee traps . Having title to this patent I have the right to exclude all others from making , using , offering for sale ., or selling the invention throughout the United States of America , or importing my invention into The United States of America . It has been brought to my attention that you are making , producing and / or offering for sale a product that is expressly protected by the United States Patent , issued to my company .

Please be advised , you must CEASE AND DESIST all making and manufacturing of your product . Furthermore , you must immediately CEASE AND DESIST the advertisement and / or sale of your product .As a US Patent holder . I am protected from the infringement of any person and / or entity that tries to copy or reproduce my patented invention .

If your product is not removed from the market immediately , or if I am informed that you are continuing to offer your product for sale . I will seek further action . Further action may include , but is not limited to criminal and / or civil penalties . In addition you may be subject to attorney fees , court costs and other additional expenses .

Your prompt and immediate compliance is greatly appreciated .

Sincerely , Brian Blazer  inventor

*[signature: Brian Blazer]*

