FILED
2015 Jun-25  AM 09:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit D



-------Original Message-------

*From:* patents
*Date:* 5/20/2013 3:45:39 PM
*To:* blazeranimals@earthlink.net
*Subject:* RE: [EXTERNAL] Patent infringing items

Dear Cathy,

We are responding to your May 3, 2013 letter regarding your allegation that particular products shown on the Amazon.com web site infringe patent(s) owned by Carpenter Bee Solutions.

As you can see from the respective detail pages on the Amazon.com web site, these products are offered for sale by various third parties. Amazon.com provides a service through which others may sell their goods, but Amazon.com does not "own" the goods. The goods remain the property of the seller until title passes to the buyer. Even in the rare instances when Amazon.com may physically handle a product, it is as a bailee rather than as an owner. As such, Amazon.com cannot be considered an infringer. (See e.g., Pharmastem Therapeutics, Inc. v. Viacell, Inc., 2007 U.S. App. LEXIS 16245.)

We believe that this type of matter is better dealt with directly by the patent holder and either the manufacturer or seller of the goods, and so we encourage you to contact them directly. From the detail page of the product in question, select the seller's name in the line: "Ships from and sold by <Seller>." Selecting the seller's name will direct you to the seller's storefront where you can directly contact the seller by selecting the "Contact the seller" link located toward the bottom right of the page.

Sincerely,

*Emily Lewis on behalf of*

Scott Sanford

Senior Corporate Counsel, Patents


Emily Lewis  |  Patent Paralegal  |  Amazon

E: patents@amazon.com


-----Original Message-----
From: blazeranimals@earthlink.net [mailto:blazeranimals@earthlink.net]
Sent: Friday, May 03, 2013 8:07 AM
To: patents
Subject: [EXTERNAL] Patent infringing items


Hi Emily,

The asin #'s that are in violation to our patent are:

#B0057XF1S4


#B006QW4UIE


#B006QVX3LU


#B006QVUOCO

Thank you very much.. The other two carpenter bee traps on your site are our traps and the sellers have our permission to sell our traps.

Any other sales of any carpenter bee trap not made by Carpenter Bee Solutions is illegal.

Thanks so much

Cathy.

P.S. Please let us know if we need to do anything further.




**FREE Animations** for your email - by
IncrediMail

Click
Here!

3